**Eugene RAFFALDT, Petitioner–Appellant,**

v.

**Gary MAYNARD, Director, South Carolina Department of Corrections; Charles M. Condon, Attorney General of South Carolina, Respondents–Appellees.**

No. 02–7562.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 24, 2003.

Eugene Raffaldt, Appellant Pro Se. Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, South Carolina, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Eugene Raffaldt seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Raffaldt has not made a substantial showing of the denial of a constitutional right. *See Raffaldt v. Maynard,* No. CA–01–3191–2–23AJ (D.S.C. Sept. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*